**Michael W. BOLIN, Appellant,**

v.

**ALLEN CANNING COMPANY, INC., Appellee.**

No. 03–1284.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 17, 2003.

Decided Sept. 24, 2003.

Michael W. Bolin, Stillwell, OK, pro se.

Laura Jean Andress, Courtney P. Gilbert, Davis & Wright, Fayetteville, AR, for Defendant–Appellee.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

**PER CURIAM.**

Michael W. Bolin appeals the district court's* dismissal of Bolin's motion for a new trial in his civil suit. Initially, we deny Allen Canning Company's motion to dismiss the appeal. Having carefully reviewed the limited record before us and the parties' submissions on appeal, we conclude Bolin is not entitled to a new trial based on the alleged withholding of records and ineffective assistance of counsel.

We thus affirm the judgment of the district court. *See* 8th Cir. R. 47B.